1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  KATHERINE M. LLOYD-LOVETT (CABN 276256)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, 11th Floor
6       San Francisco, California 94102
        Telephone: (415) 436-7200
7       FAX: (415) 436-7027
        Katherine.Lloyd-Lovett@usdoj.gov
8
   Attorneys for United States of America
9

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                        SAN FRANCISCO DIVISION

13
   UNITED STATES OF AMERICA,            ) Case No.: CR 15-00417 RS
14                                      )
           Plaintiff,                   ) STIPULATION AND [~~PROPOSED~~] ORDER
15                                      ) SETTING SENTENCING DATE
       v.                               )
16                                      )
   VINCENT HARRIS,                      )
17                                      )
           Defendant.                   )
18 _____)

19     This case was recently reassigned from the Honorable Thelton Henderson to the Honorable

20 Richard Seeborg and the sentencing date, previously set for October 23, 2017, was vacated. The parties

21 have met and conferred and hereby request that the Court re-set sentencing in this matter for November

22 7, 2017, at 2:30 p.m. The parties have confirmed that the Probation Officer will be available on that

23 date, and have conferred with the Courtroom Deputy Clerk for the Court to confirm that November 7 is

24 available on the Court's calendar.

25 //

26 //

27 //

28 //

STIPULATION AND [PROPOSED] ORDER SETTING SENTENCING DATE
CR 15-00417 RS

Since the defendant has already pled guilty, no time exclusion is necessary under the Speedy Trial Act.

SO STIPULATED.

DATED: August 24, 2017	BRIAN J. STRETCH
	United States Attorney

	*/s/ Katherine M. Lloyd-Lovett*
	KATHERINE M. LLOYD-LOVETT
	Assistant United States Attorney

DATED: August 24, 2017	*/s/ Elizabeth Falk*
	ELIZABETH FALK
	Assistant Federal Public Defender
	Counsel for the Defendant

## [PROPOSED] ORDER

For the foregoing reasons, the Court HEREBY ORDERS that the sentencing hearing in this matter is set for November 7, 2017 at 2:30 p.m.

**IT IS SO ORDERED.**

Dated: 8/24/17	_____
	HONORABLE RICHARD SEEBORG
	UNITED STATES DISTRICT JUDGE